**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Brandi Marie COOPER–MILLER,**
**Defendant–Appellant.**

No. 14–12225
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Dec. 22, 2014.

Roberta Josephina Bodnar, U.S. Attorney's Office, Orlando, FL, Todd B. Grandy, Arthur Lee Bentley, III, Maria Chapa Lopez, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Brandi Marie Cooper–Miller, Tallahassee, FL, pro se.

Before MARTIN, ROSENBAUM and ANDERSON, Circuit Judges.

PER CURIAM:

Daniel Daly, counsel for Brandi Cooper–Miller, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's

motion is **GRANTED**, and Cooper–Miller's conviction and sentence are **AFFIRMED.**